# EXHIBIT

# A

Case #2026-09812

| | |
|---|---|
| **Case Number** | 2026-09812 |
| **Commencement Date** | 8/26/2026 4:47:24 PM |
| **Last Filing Date** | 9/23/2026 |
| **Days Open** | 29 |
| **Case Type** | COMPLAINT TORT MALICIOUS PROSECUTION MONEY DAMAGES |
| **PFA Number** | |
| **Caption Plaintiff** | ORNDORFF, BARRY L |
| **Caption Defendant** | CUMBERLAND COUJNTY |
| **Judgment Indicator** | No |
| **Judge** | |
| **Parcel Number** | |
| **Remarks** | BY ATTY FOR PLFF |
| **Interpreter Needed** | |
| **Disposition** | |
| **Sealed** | No |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| ORNDORFF, BARRY L | 33 SANDBANK ROAD SHIPPENSBURG, PA 17257 UNITED STATES | US | Fogal, Matthew GEIST, JOSHUA P | Yes | 1 | |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| CUMBERLAND COUJNTY | 1 COURTHOUSE SQUARE CARLISLE, PA 17013 UNITED STATES | US | | Yes | 1 | |
| COMMONWEALTH OF PA-PENNSYLAVANIA STATE POLICE | 1800 ELMERTON AVENUE HARRISBURG, PA 17110 UNITED STATES | US | | Yes | 2 | |
| SPERANZA ANIMAL RESCUE | 1216 BRANDT RAOD MECHANICSBURG, PA 17055 UNITED STATES | US | | Yes | 3 | |
| GUIDO, JAN INE | 1216 BRANDT ROAD MECHANICSBURG, PA 17055 UNITED STATES | US | | Yes | 4 | |
| KULSA, PAIGE | 2 DUNWOODY DRIVE CARLISLE, PA 17015 UNITED STATES | US | | Yes | 5 | |
| BIERZONSKI, NICHOLAS | 2 DUNWOODY DRIVE CARLISLE, PA 17015 UNITED STATES | US | | Yes | 6 | |
| SPADA, MICHAEL | 1800 ELMERTON AVENUE HARRISBURG, PA 17110 UNITED STATES | US | | Yes | 7 | |

## Docket Entries

| Sequence | | Filing Date | Docket Type | Docket Text | Filing ID | Sealed |
|---|---|---|---|---|---|---|
| 0 | E | 8/26/2026 4:47:24 PM | COMPLAINT | BY ATTY FOR PLFF | 1859291 | No |

| Sequence | | Filing Date | Docket Type | Docket Text | Filing ID | Sealed |
|---|---|---|---|---|---|---|
| 1 | | 9/23/2026 9:04:29 AM | SHERIFF'S RETURN | 09/01/2026 COMPLAINT & NOTICE NOT SERVED UPON DEFT COMMONWEALTH OF PENNSYLVANIA STATE POLICE-UNABLE TO LOCATE-DEPUTIZED DAUPHIN COUNTY TO SERVE 09/01/2026 COMPLAINT & NOTICE NOT SERVED UPON DEFT DAVID SPADA -UNABLE TO LOCATE-DEPUTIZED DAUPHIN COUNTY TO SERVE 09/02/2026 COMPLAINT & NOTICE NOT SERVED UPON DEFT PAIGE KULSA-UNABLE TO LOCATE DEFT-RTND AS "NOT SERVED" 09/02/2026 COMPLAINT & NOTICE NOT SERVED UPON DEFT NICHOLAS BIERZONSKI-UNABLE TO LOCATE DEFT PER DEPUTY NOTES,DEFT IS STATIONED AT THE BEAVER COUNTY BARRACKS 09/02/2026 COMPLAINT & NOTICE SERVED UPON ASDULT PERSON IN CHARGE KATJA FITGERALD, EXEC ASSISTANT FOR CUMBERLAND COUNTY 09/02/2026 COMPLAINT & NOTICE SERVED PERSONALLY UPON ADULT PERSON IN CHARGE ASHLEY MAURICE, BOARD MEMBER FOR SPERANZA ANIMAL RESCUE 09/08/2026 COMPLAINT & NOTICE SERVED PERSONALLY UPON DEFT JANINE GUIDO 09/10/2026 COMPLAINT & NOTICE SERVED BY DAUPHIN COUNTY UPON KATHRYN SHERMAN LEGAL ADMINISTRATIVE WHO ACCEPTED FOR COMMONWEALTH OF PENNSYLVANIA SHERIFF COST $289.36 | 1867812 | No |